UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING CO., INC. and GERAWAN FARMING, INC.,<br><br>Plaintiffs<br><br>v.<br><br>DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency, et al.,<br><br>Defendants | CASE NO. 1:16-CV-0106 AWI SMS<br><br>ORDER ON PARTIES' STIPULATION |

On March 7, 2016, Defendant filed a motion to dismiss and set a hearing for May 2, 2016. See Doc. No.10.  The same day, the parties filed a stipulation to alter the briefing schedule.  See Doc. No. 12.  The parties stipulate that an opposition will be due on April 4, 2016, a reply will be due on April 25, 2016, and the hearing will remain on May 2, 2016.  See id.  The Court will give effect to the stipulation of the parties, but will alter the hearing date.

Accordingly, IT IS HEREBY ORDERED that, in light of the parties' stipulation:

1. Any opposition to Defendants' motion to dismiss is due on or by April 4, 2016;
2. Any reply to an opposition is due on or by April 25, 2016; and
3. The May 2, 2016, hearing date is VACATED and RESET to **May 9, 2016** at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   March 8, 2016                               _____
                                                                           SENIOR DISTRICT JUDGE