UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC., and GERAWAN FARMING, INC.<br><br>　　　　　Plaintiffs<br><br>　　　v.<br><br>DAVID LANIER, et al.,<br><br>　　　　　Defendants | CASE NO. 1:16-CV-106 AWI SMS<br><br>ORDER OF RECUSAL AND RANDOM REASSIGNMENT |

After review, the undersigned finds it necessary to recuse himself from this case. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).

Accordingly, the Clerk is DIRECTED to randomly reassign this case to another District Judge.

IT IS SO ORDERED.

Dated:   April 6, 2016              _____
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE