UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC. and GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, CHRISTINE BAKER, and JULIE A. SU, <br><br> Defendants. | No. 1:16-cv-00106-DAD-SAB <br><br><br> ORDER GRANTING LEAVE TO FILE AMICUS BRIEF <br><br> (Doc. No. 15) |

Before the court is a request for leave to file a brief regarding defendants' motion to dismiss, filed by Western Growers, California Fresh Fruit Association, the National Hmong-American Farmers, the African-American Farmers of California, California Farm Bureau Federation, the Fresno County Farm Bureau, and the Nisei Farmers League as amici curiae. (Doc. No. 15.)  Finding good cause, the court grants the motion.  Accordingly, the submitted amicus curiae brief (Doc. No. 15-2) shall be deemed filed.  The amicus parties may appear at the hearing on defendants' motion and are advised to comply with the court's orders regarding appearances at that hearing.

IT IS SO ORDERED.

Dated:   **June 6, 2016**                                    _____
                                                                                      UNITED STATES DISTRICT JUDGE

1