XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
THOMAS M. PATTON, State Bar No. 162664
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-1685
 Fax: (916) 324-8835
 E-mail: Tom.Patton@doj.ca.gov
*Attorneys for David M. Lanier,
Christine Baker, and Julie A. Su*

IRELL & MANELLA LLP
David A. Schwarz (Cal. Bar No. 159376)
dschwarz@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199
*Attorneys for Plaintiffs
Fowler Packing Company, Inc. and
Gerawan Farming, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **FOWLER PACKING COMPANY, INC.; GERAWAN FARMING, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her official capacity as the Director of the Department of Industrial Relations; JULIE A. SU, in her official capacity as California Labor Commissioner,**<br><br>Defendants. | 1:16-cv-00106-DAD-SAB<br><br>**STIPULATION AND ORDER RE SCHEDULING CONFERENCE** |

Pursuant to Local Rule 144, plaintiffs Fowler Packing Company, Inc. and Gerawan Farming, Inc., and defendants David M. Lanier, Christine Baker, and Julie A. Su, hereby stipulate and agree to reset the Scheduling Conference in this matter as set forth below.

WHEREAS the Ninth Circuit Court of Appeals issued its Mandate on March 28, 2017, in case 16-16236, thereby effecting the remand of this matter to the United States District Court;

WHEREAS the Honorable Magistrate Judge Stanley A. Boone thereafter issued a Minute Order on March 30, 2017, setting this matter for a Scheduling Conference on April 27, 2017;

WHEREAS counsel for Defendants had previously scheduled personal time off and had arranged to be out of state and unavailable from April 14 to April 30;

WHEREAS, counsel for Defendants has been apprised that Magistrate Judge Boone's calendar would allow the Scheduling Conference to be held Wednesday, May 31, 2017, at 2 p.m.;

WHEREAS undersigned counsel for the parties are agreeable to resetting the Scheduling Conference to May 31, 2017, at 2 p.m.; and

WHEREAS the parties have neither stipulated to, nor requested, any other extension of time for conducting the Scheduling Conference in this matter;

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the parties that the Scheduling Conference in this matter may be reset to May 31, 2017, at 2 p.m.

Dated:  April 3, 2017                    XAVIER BECERRA
                                         Attorney General

                                         By:  /s/ *Thomas M. Patton*
                                            Thomas M. Patton
                                            Deputy Attorney General
                                            Attorneys for Defendants David M. Lanier;
                                            Christine Baker; and Julie A. Su

Dated:  April 3, 2017                    IRELL & MANELLA LLP
                                         David A. Schwarz

                                         By:  /s/ *David A. Schwarz*
                                            David A. Schwarz
                                            Attorneys for Plaintiffs
                                            Fowler Packing Company, Inc.; Gerawan

**ORDER**

Pursuant to the parties' stipulation, the Court orders as follows:

The Scheduling Conference in this matter is hereby reset to Wednesday, May 31, 2017, at 2.00 p.m., in Courtroom 9, before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the conference date.

IT IS SO ORDERED.

Dated:   **April 4, 2017**

UNITED STATES MAGISTRATE JUDGE