1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  THOMAS M. PATTON, State Bar No. 162664
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-1685
6    Fax: (916) 324-8835
     E-mail: Tom.Patton@doj.ca.gov
7  *Attorneys for David M. Lanier,*
   *Christine Baker, and Julie A. Su*

   IRELL & MANELLA LLP
9  David A. Schwarz (Cal. Bar No. 159376)
   dschwarz@irell.com
10 1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
11 Telephone:   (310) 277-1010
   Facsimile:   (310) 203-7199
12 *Attorneys for Plaintiffs Fowler*
   *Packing Company, Inc. and*
13 *Gerawan Farming, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **FOWLER PACKING COMPANY, INC.; GERAWAN FARMING, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her official capacity as the Director of the Department of Industrial Relations; JULIE A. SU, in her official capacity as California Labor Commissioner,**<br><br>Defendants. | 1:16-cv-00106-DAD-SAB<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

1

WHEREAS, the above-entitled action was remanded to this Court effective March 28, 2017, upon the filing of the Ninth Circuit Court of Appeals' Mandate in case number 16-16236;

WHEREAS, the parties previously stipulated on February 24, 2016, that Defendants may have an additional seven days within which to file their responsive pleading to the complaint;

WHEREAS, no other stipulation or request to extend the time to respond to the complaint has been made;

WHEREAS, counsel for defendants is scheduled to be away from his office from April 13 through April 30, and good cause thus exists to extend the time to respond to the complaint;

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED, by and between the parties, pursuant to Local Rule 144, that Defendants may have until May 3, 2017, to file their answer to the Complaint on file herein.

Dated: April 13, 2017        XAVIER BECERRA
                             Attorney General

                             By: /s/ *Thomas M. Patton*
                             Thomas M. Patton
                             Deputy Attorney General
                             Attorneys for Defendants David M.
                             Lanier; Christine Baker; and Julie A. Su

Dated: April 13, 2017        IRELL & MANELLA LLP
                             David A. Schwarz

                             By: /s/ *David A. Schwarz*
                             David A. Schwarz
                             Attorneys for Plaintiffs Fowler Packing
                             Company, Inc.; Gerawan Farming, Inc.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants' answer to the complaint is due May 3, 2017.

IT IS SO ORDERED.

Dated: __**April 14, 2017**__    _____
UNITED STATES MAGISTRATE JUDGE