# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>DAVID M. LANIER, et al.,<br><br>Defendants. | Case No. 1:16-cv-00106-DAD-SAB<br><br>ORDER FOLLOWING SCHEDULING CONFERENCE<br><br>DEADLINE: JULY 14, 2017 |

After this action was remanded on appeal from the Ninth Circuit Court of Appeals, a telephonic scheduling conference was held on May 31, 2017. The parties anticipate that they will be able agree to stipulated facts which would obviate the need for discovery in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before July 14, 2017, the parties shall file a notice informing the Court if they have agreed to a stipulated statement of facts in this action and a proposed briefing schedule based upon such stipulation; and

2. If the parties are unable to agree to stipulated facts, the Court shall set a further scheduling conference upon receipt of the notice.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE

1