UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC. and GERAWAN FARMING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her official capacity as the California Director of Industrial Relations; and JULIE SU, in her official capacity as California Labor Commissioner,<br><br>Defendants. | No. 1:16-cv-00106-DAD-SAB<br><br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF<br><br>(Doc. No. 67) |

Before the court is a motion for leave to file an amicus curiae brief regarding the currently pending cross-motions for summary judgment. The pending motion was filed by Beatriz Aldapa and Elmer Avalos—the proposed class representatives in *Aldapa v. Fowler Packing, Inc., et al.*, Case No. 1:15-cv-00420-DAD-SAB—and Rafael Marquez Amaro, Jesus Alarcon Urzua, and the class of certified workers in *Amaro v. Gerawan Farming, Inc.*, Case No. 1:14-cv-00147-DAD-SAB. (Doc. No. 67.) The motion and a supporting declaration indicate neither of the parties to this dispute object to the proposed filing of the amicus curiae brief. (*Id.* at 3; Doc. No. 67-2 at ¶ 4.) Therefore, finding good cause and noting the lack of objections, the court grants the motion.

The amicus curiae brief submitted with the request (Doc. No. 67-1) shall be deemed filed. The amicus parties may appear at the hearing on the cross-motions for summary judgment pending in this action and are advised to comply with the court's orders regarding appearances at that hearing.

IT IS SO ORDERED.

Dated: __**October 23, 2017**__  /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE