UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC. and GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her official capacity as the California Director of Industrial Relations; and JULIE SU, in her official capacity as California Labor Commissioner, <br><br> Defendants. | No. 1:16-cv-00106-DAD-SAB <br><br><br> ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A RESPONSE TO *AMICUS CURIAE* BRIEF <br><br> (Doc. No. 69) |

On October 23, 2017, the court granted leave for a non-party to this action to file an amicus brief. (Doc. No. 68.) Plaintiffs now request that they be allowed to file a response to the amicus brief by no later than November 7, 2017. (Doc. No. 69.) The request indicates neither defendants nor amici oppose this request. (*Id.*) There being no objections and good cause having been shown, the court grants leave for plaintiffs to file a response to the amicus brief by no later than November 7, 2017.

IT IS SO ORDERED.

Dated: **October 26, 2017**

_____
UNITED STATES DISTRICT JUDGE

1