# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, et al., <br><br> Defendants. | Case No. 1:16-cv-00106-DAD-SAB <br><br> ORDER DIRECTING CLERK OF THE COURT TO TERMINATE ENRIQUE A. MONAGAS AS COUNSEL OF RECORD FOR DEFENDANTS <br><br> (ECF No. 86) |

On November 26, 2018, a notice of withdrawal of Enrique A. Monagas as counsel for Defendants was filed. (ECF No. 86.) Defendants remain represented by other counsel in this action and the withdrawal shall be accepted. Additionally, the Court recognizes that Christine Baker has been succeeded by André Schoorl as Acting Director of the Department of Industrial Relations, and therefore André Schoorl has been substituted in place of Christine Baker. Fed. R. Civ. P. 25(d) (if "a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending . . . [t]he officer's successor is automatically substituted as a party.").

Accordingly, the Clerk of the Court is HEREBY DIRECTED to:

1. Terminate Christine Baker as a party; and
2. Terminate Enrique A. Monagas as counsel for Defendants David M. Lanier, in his official capacity as Secretary of the California Labor and Workforce Development Agency, Julie S. Su, in her official capacity as California Labor Commissioner, and André Schoorl, in his official capacity as Acting Director of the Department

1

of Industrial Relations, who succeeded former Director Christine Baker as a party.

IT IS SO ORDERED.

Dated: **November 27, 2018**

UNITED STATES MAGISTRATE JUDGE