# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, et al., <br><br> Defendants. | Case No. 1:16-cv-00106-DAD-SAB <br><br> ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY <br><br> (ECF No. 90) |

On August 25, 2021, Plaintiff Gerawan Farming, Inc., filed a notice of substitution of attorney substituting attorney David A. Schwarz for attorney Bruce A. Wessel. Accordingly, David A. Schwarz is substituted as attorney of record for Plaintiff Gerawan Farming, Inc., and the Office of the Clerk is directed to terminate attorney Bruce A. Wessel.

IT IS SO ORDERED.

Dated:  **August 26, 2021**

UNITED STATES MAGISTRATE JUDGE

1