**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, et al., <br><br> Defendants. | Case No. 1:16-cv-00106-DAD-SAB <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE GERAWAN FARMING, INC., AS A PLAINTIFF IN THIS ACTION <br><br> (ECF No. 96) |

On November 10, 2022, the Plaintiff Gerawan Farming, Inc., and Defendants, filed a stipulated notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a) of Plaintiff Gerawan Farming, Inc.'s claims in this action. (ECF No. 96.) The dismissal of the claims between Plaintiff Gerawan Farming, Inc., is with prejudice. (Id.) The claims between the other parties remain active and are not subject to the stipulation. (Id.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."). "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Concha, 62 F.3d at

1506.

Accordingly, the Clerk of the Court is DIRECTED to terminate Plaintiff Gerawan Farming, Inc., as a party in this action.

IT IS SO ORDERED.

Dated: __**November 14, 2022**__

UNITED STATES MAGISTRATE JUDGE