UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her official capacity as the Director of the Department of Industrial Relations; JULIE A. SU, in her official capacity as California Labor Commissioner, <br><br> Defendants. | No.  1:16-cv-00106-DAD-SAB <br><br> NOTICE OF UNAVAILABILITY |

The parties to this action and their counsel are hereby notified that, unfortunately, the undersigned will be completely unavailable from April 28, 2023, through May 15, 2023.  The undersigned will be available again on May 16, 2023 and is scheduled to preside over a criminal case calendar at 9:30 a.m. that morning and a civil case calendar at 1:30 p.m. that afternoon.

IT IS SO ORDERED.

Dated: __**April 26, 2023**__                    _/s/ Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE

1