# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOWLER PACKING COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. LANIER, et al., <br><br> Defendants. | Case No. 1:16-cv-00106-DAD-SAB <br><br> ORDER RE STIPULATION TO EXTEND TIME TO FILE APPLICATION FOR ATTORNEYS' FEES AND COSTS <br><br> (ECF No. 113) |

On May 26, 2023, the Court granted Plaintiff's motion for summary judgment and denied Defendants' cross-motion, entering judgment for Plaintiff the same day. (ECF Nos. 110, 111.)

On June 16, 2023, the parties filed a stipulated request to extend the time to file an application for attorney fees and costs. (ECF No. 113.) The parties proffer they have engaged in meet and confer efforts regarding this matter and request addition time to confer further before the fee demand is filed. The Court finds good cause exists to approve the stipulated request in this matter.

///

///

///

///

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's deadline to file an application for attorneys' fees and costs is extended to **August 22, 2023.**

IT IS SO ORDERED.

Dated:   **June 20, 2023**

UNITED STATES MAGISTRATE JUDGE